# Group Exhibit B

# Summonses

# NATIONAL REGISTERED AGENTS, INC
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
     Expedia Incorporated
     1111 EXPEDIA GROUP WAY W.
     SEATTLE, WA 98119

SOP Transmittal #  **539785809**

Entity Served:  ORBITZ, LLC  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of DELAWARE on this 23 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: ORBITZ, LLC

2.  **Document(s) Served:**    Other: -

3.  **Court of Jurisdiction/Case Number:** None Specified
                                            Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

    _X_ Personally served by:    _X_ Process Server    ___ Law Enforcement    ___ Deputy Sheriff    ___ U. S Marshall

    ___ Delivered Via:           ___ Certified Mail    ___ Regular Mail    ___ Facsimile

    ___ Other (Explain):

6.   **Date and Time of Receipt:**   06/23/2021 02:54:00 PM CST

7.   **Appearance/Answer Date:**  None Specified

8.   **Received From:**     None Specified          9.  **Carrier Airbill #** 1ZY041160197538672

                                                   10.  **Call Made to:** Not required

11.     **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# NATIONAL REGISTERED AGENTS, INC
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
     Expedia Incorporated
     1111 EXPEDIA GROUP WAY W.
     SEATTLE, WA 98119

SOP Transmittal #  **539785809**

Entity Served:  ORBITZ, LLC  (Domestic State: DELAWARE)

302-655-5049 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Gretchen McDougal

ORIGINAL

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**          Wed, Jun 23, 2021

**Server Name:**          Kevin Dunn

| Entity Served | ORBITZ, LLC |
| --- | --- |
| Case Number | A-21-834681-B |
| Jurisdiction | DE |



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
| Plaintiffs, | Dept. No.: 24 |
| vs. | **SUMMONS - CIVIL** |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC;   DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.**  A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**ORBITZ, LLC**

1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

      a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

      b.    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

*/s/ Michael Cristalli*
By: _____
     MICHAEL CRISTALLI, ESQ.
     Nevada Bar No. 6266
     DOMINIC P. GENTILE, ESQ.
     Nevada Bar No. 1923
     IVY P. HENSEL, ESQ.
     Nevada Bar No. 13502
     3800 Howard Hughes Parkway Suite 500
     Las Vegas, NV 89169
     Telephone: (702) 862-8300
     Facsimile: (702) 862-8400

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: _____
     Deputy Clerk
     Regional Justice Center
     200 Lewis Avenue
     Las Vegas, NV 89101
     Robyn Rodriguez

2

## NATIONAL REGISTERED AGENTS, INC
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539785791**

Entity Served:  ORBITZ, INC.  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of DELAWARE on this 23 day of June, 2021. The following is a summary of the document(s) received:

1.   **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: ORBITZ, INC.

2.   **Document(s) Served:**   Other: -

3.   **Court of Jurisdiction/Case Number:** None Specified
                           Case # A21834681B

4.   **Amount Claimed, if any:**  N/A

5.   **Method of Service:**

_X_ Personally served by:   _X_ Process Server   ___ Law Enforcement   ___ Deputy Sheriff   ___ U. S Marshall

___ Delivered Via:       ___ Certified Mail   ___ Regular Mail   ___ Facsimile

___ Other (Explain):

6.   **Date and Time of Receipt:**   06/23/2021 02:54:00 PM CST

7.   **Appearance/Answer Date:**  None Specified

8.   **Received From:**    None Specified               9.  **Carrier Airbill #** 1ZY041160197538672

10.  **Call Made to:** Not required

11.    **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification,  Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification,  Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification,  Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification,  Michelle Velasquez  mvelasquez@hotels.com

Email Notification,  Sibel Abreu  sabreu@expedia.com

Email Notification,  Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification,  Charles Ha  chaha@expediagroup.com

Email Notification,  Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# NATIONAL REGISTERED AGENTS, INC
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539785791**

Entity Served:   ORBITZ, INC.  (Domestic State: DELAWARE)

302-655-5049 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Gretchen McDougal

ORIGINAL



# PROCESS SERVER DELIVERY DETAILS

**Date:**          Wed, Jun 23, 2021

**Server Name:**          Kevin Dunn

| Entity Served | ORBITZ, INC. |
|---|---|
| Case Number | A-21-834681-B |
| Jurisdiction | DE |



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
|     Plaintiffs, | Dept. No.: 24 |
| vs. | |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC;  DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | **SUMMONS - CIVIL** |
|     Defendants. | |

    **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.**  A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**ORBITZ, INC**

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

 

 

*/s/ Michael Cristalli*

By: _____

    MICHAEL CRISTALLI, ESQ.
    Nevada Bar No. 6266
    DOMINIC P. GENTILE, ESQ.
    Nevada Bar No. 1923
    IVY P. HENSEL, ESQ.
    Nevada Bar No. 13502
    3800 Howard Hughes Parkway Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 862-8300
    Facsimile: (702) 862-8400

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: *Robyn Rodriguez*
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
Robyn Rodriguez



# Notice of Service of Process

**RXT / ALL**
**Transmittal Number: 23402129**
**Date Processed: 06/25/2021**

**Primary Contact:**        Vivek Hatti
Booking Holdings Inc.
800 Connecticut Ave
Norwalk, CT 06854-1631

| | |
|---|---|
| **Entity:** | Booking Holdings Inc.<br>Entity ID Number  1853583 |
| **Entity Served:** | Booking Holdings, Inc |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/23/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Michael Cristalli<br>702) 862-8300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically Issued
6/21/2021 2:09 PM

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
| Plaintiffs, | Dept. No.: 24 |
| vs. | **SUMMONS - CIVIL** |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

### BOOKING HOLDINGS, INC.

1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

      a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

      b.    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

...

...

...

1

1    3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

2

Issued at the direction of:

3

**CLARK HILL, PLLC**

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

4

5

*/s/ Michael Cristalli*

6   By: _____

7       MICHAEL CRISTALLI, ESQ.
        Nevada Bar No. 6266

8       DOMINIC P. GENTILE, ESQ.
        Nevada Bar No. 1923

9       IVY P. HENSEL, ESQ.
        Nevada Bar No. 13502

10      3800 Howard Hughes Parkway Suite 500
        Las Vegas, NV 89169

11      Telephone: (702) 862-8300
        Facsimile: (702) 862-8400

12

6/22/2021

By: *Robyn Rodriguez*
    Deputy Clerk
    Regional Justice Center
    200 Lewis Avenue
    Las Vegas, NV 89101
    Robyn Rodriguez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**NOTICE OF SERVICE OF PROCESS**

**Transmittal Number: 23401842**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Priceline.Com LLC |
| **Entity I.D. Number:** | 3290914 |
| **Entity Served:** | Priceline.Com, LLC |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, Nevada |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/23/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Michael V. Cristalli
702-862-8300

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

C. 9k

1

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

2

3    CLARK COUNTY, NEVADA                    Case No.:  A-21-834681-B

4         Plaintiffs,                        Dept. No.:  24

5    vs.
                                            **SUMMONS - CIVIL**
6    ORBITZ WORLDWIDE, LLC; ORBITZ,
     LLC; ORBITZ, INC.; TRAVELSCAPE,
7    LLC; TRAVELOCITY, INC.; CHEAP
     TICKETS, INC., EXPEDIA INC., EXPEDIA
8    GLOBAL, LLC; HOTELS.COM, LP;
     HOTWIRE INC.; BOOKING HOLDINGS
9    INC.; PRICELINE.COM, LLC;
     TRAVELWEB, LLC; TRAVELNOW.COM,
10   INC.; AGODA INTERNATIONAL USA
     LLC; HOTEL TONIGHT, INC.; HOTEL
11   TONIGHT, LLC; DOES I through XXX,
     inclusive and ROE BUSINESS ENTITIES I
12   through XXX, inclusive,

13        Defendants.

14

15        **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU
     WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE**
16   **INFORMATION BELOW.**

17   **TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set
     forth in the Complaint.
18                          **PRICELINE.COM, LLC.**

19        1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you
     exclusive of the date of service, you must do the following:
20
21             a.    File with the Clerk of this Court, whose address is shown below, a formal
                     written response to the Complaint in accordance with the rules of the Court.
22             b.    Serve a copy of your response upon the attorney whose name and address is
                     shown below.

23        2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and
     this Court may enter a judgment against you for the relief demanded in the Complaint, which could
24   result in the taking of money or property or other relief requested in the Complaint

25   . . .

26   . . .

27   . . .

28

1

1        3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly
so that your response may be filed on time.

2

Issued at the direction of:

3

CLARK HILL, PLLC

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

4

5

*/s/ Michael Cristalli*                                                                     6/22/2021

6   By: _____        By: *Robyn Rodriguez*

7        MICHAEL CRISTALLI, ESQ.                Deputy Clerk
         Nevada Bar No. 6266                    Regional Justice Center

8        DOMINIC P. GENTILE, ESQ.               200 Lewis Avenue
         Nevada Bar No. 1923                    Las Vegas, NV 89101

9        IVY P. HENSEL, ESQ.                    Robyn Rodriguez
         Nevada Bar No. 13502

10       3800 Howard Hughes Parkway Suite 500
         Las Vegas, NV 89169

11       Telephone: (702) 862-8300
         Facsimile: (702) 862-8400

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2



**NOTICE OF SERVICE OF PROCESS**

## Transmittal Number: **23401824**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Travelweb LLC |
| **Entity I.D. Number:** | 2303754 |
| **Entity Served:** | Travelweb, LLC |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, Nevada |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/23/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Michael V. Cristalli
702-862-8300

**Primary Contact:**
Andrea  Stegman
Booking Holdings Inc.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

1
2

# DISTRICT COURT
## CLARK COUNTY, NEVADA

3    CLARK COUNTY, NEVADA

4              Plaintiffs,

5    vs.

6    ORBITZ WORLDWIDE, LLC; ORBITZ,
     LLC; ORBITZ, INC.; TRAVELSCAPE,
7    LLC; TRAVELOCITY, INC.; CHEAP
     TICKETS, INC., EXPEDIA INC., EXPEDIA
8    GLOBAL, LLC; HOTELS.COM, LP;
     HOTWIRE INC.; BOOKING HOLDINGS
9    INC.; PRICELINE.COM, LLC;
     TRAVELWEB, LLC; TRAVELNOW.COM,
10   INC.; AGODA INTERNATIONAL USA
     LLC; HOTEL TONIGHT, INC.; HOTEL
11   TONIGHT, LLC; DOES I through XXX,
     inclusive and ROE BUSINESS ENTITIES I
12   through XXX, inclusive,

13             Defendants.

14

Case No.: A-21-834681-B

Dept. No.: 24

## SUMMONS - CIVIL

15    **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE
16   INFORMATION BELOW.**

17   **TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set
forth in the Complaint.

18                              **TRAVELWEB, LLC.**

19        1.      If you intend to defend this lawsuit, within 21 days after this Summons is served on you
exclusive of the date of service, you must do the following:

20
21          a.     File with the Clerk of this Court, whose address is shown below, a formal
                   written response to the Complaint in accordance with the rules of the Court.
            b.     Serve a copy of your response upon the attorney whose name and address is
22                 shown below.

23        2.      Unless you respond, your default will be entered upon application of the plaintiff(s) and
this Court may enter a judgment against you for the relief demanded in the Complaint, which could
24   result in the taking of money or property or other relief requested in the Complaint

25   . . .

26   . . .

27   . . .

28

1

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

/s/ Michael Cristalli

By: _____
    MICHAEL CRISTALLI, ESQ.
    Nevada Bar No. 6266
    DOMINIC P. GENTILE, ESQ.
    Nevada Bar No. 1923
    IVY P. HENSEL, ESQ.
    Nevada Bar No. 13502
    3800 Howard Hughes Parkway Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 862-8300
    Facsimile: (702) 862-8400

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: _Robyn Rodriguez_
    Deputy Clerk
    Regional Justice Center
    200 Lewis Avenue
    Las Vegas, NV 89101
    Robyn Rodriguez



**Notice of Service of Process**

**null / ALL**
**Transmittal Number: 23399835**
**Date Processed: 06/25/2021**

| | |
|---|---|
| **Primary Contact:** | Sara Marston<br>Hotel Tonight, Inc.<br>888 Brannan St<br>San Francisco, CA 94103-4928 |
| **Electronic copy provided to:** | Jason Herrera<br>Elizabeth Seabrook<br>Melissa Hung<br>Brian Savage<br>Legal Department |

| | |
|---|---|
| **Entity:** | Hotel Tonight, Inc.<br>Entity ID Number  2976642 |
| **Entity Served:** | Hotel Tonight, Inc. |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/23/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Michael Cristalli<br>702-862-8300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically Issued
6/21/2021 2:09 PM

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

CLARK COUNTY, NEVADA

    Plaintiffs,

vs.

ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,

    Defendants.

Case No.: A-21-834681-B

Dept. No.: 24

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**HOTEL TONIGHT, INC.**

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

1        3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

2

3  Issued at the direction of:

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

**CLARK HILL, PLLC**

4

5

6/22/2021

6  */s/ Michael Cristalli*

By: _____

By: _____

7  MICHAEL CRISTALLI, ESQ.

Deputy Clerk
Regional Justice Center

8  Nevada Bar No. 6266
DOMINIC P. GENTILE, ESQ.

200 Lewis Avenue
Las Vegas, NV 89101

9  Nevada Bar No. 1923
IVY P. HENSEL, ESQ.

Robyn Rodriguez

10  Nevada Bar No. 13502
3800 Howard Hughes Parkway Suite 500

11  Las Vegas, NV 89169
Telephone: (702) 862-8300

12  Facsimile: (702) 862-8400

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2



**null / ALL**
**Transmittal Number: 23399796**
**Date Processed: 06/25/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sara Marston<br>Hotel Tonight, Inc.<br>888 Brannan St<br>San Francisco, CA 94103-4928 |
| **Electronic copy provided to:** | Jason Herrera<br>Brian Savage<br>Melissa Hung<br>Legal Department<br>Elizabeth Seabrook |

| | |
|---|---|
| **Entity:** | Hotel Tonight, LLC<br>Entity ID Number  3911249 |
| **Entity Served:** | Hotel Tonight, LLC. |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/23/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Michael Cristalli<br>702-862-8300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically Issued
6/21/2021 2:09 PM

*CSC.*

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.:  A-21-834681-B |
| Plaintiffs, | Dept. No.:  24 |
| vs. | **SUMMONS - CIVIL** |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC;  DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

## HOTEL TONIGHT, LLC.

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

*/s/ Michael Cristalli*

By: _____
    MICHAEL CRISTALLI, ESQ.
    Nevada Bar No. 6266
    DOMINIC P. GENTILE, ESQ.
    Nevada Bar No. 1923
    IVY P. HENSEL, ESQ.
    Nevada Bar No. 13502
    3800 Howard Hughes Parkway Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 862-8300
    Facsimile: (702) 862-8400

By: *Robyn Rodriguez*
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
  Robyn Rodriguez

2

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539793499**

Entity Served:  ORBITZ WORLDWIDE, LLC  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS.

2.  **Document(s) Served:**   Other: -

3.  **Court of Jurisdiction/Case Number:** None Specified
Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

_X_ Personally served by:        _X_ Process Server        ___ Law Enforcement        ___ Deputy Sheriff        ___ U. S Marshall

___ Delivered Via:        ___ Certified Mail        ___ Regular Mail        ___ Facsimile

___ Other (Explain):

6.   **Date and Time of Receipt:**   06/24/2021 02:45:00 PM CST

7.   **Appearance/Answer Date:**  None Specified

8.   **Received From:**   None Specified            9.  **Carrier Airbill #** 1ZY041160195896824

10.  **Call Made to:** Not required

11.   **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification,  Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification,  Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification,  Michelle Velasquez  mvelasquez@hotels.com

Email Notification,  Sibel Abreu  sabreu@expedia.com

Email Notification,  Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification,  Charles Ha  chaha@expediagroup.com

Email Notification,  Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**            CopiesTo:

866-331-2303 - Telephone
775-888-4060 - Fax
ORIGINAL

# *NATIONAL REGISTERED AGENTS, INC.*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To:  Anna Gaskill
     Expedia Incorporated
     1111 EXPEDIA GROUP WAY W.
     SEATTLE, WA 98119

SOP Transmittal #  539793499

Entity Served:  ORBITZ WORLDWIDE, LLC  (Domestic State: DELAWARE)

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
| Plaintiffs, | Dept. No.: 24 |
| vs. | |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | **SUMMONS - CIVIL** |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.**  A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**ORBITZ WORLDWIDE, LLC**

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

i

1      3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly

2   so that your response may be filed on time.

    Issued at the direction of:

3                                                        **STEVEN D. GRIERSON**
                                                         **CLERK OF THE DISTRICT COURT**
4   **CLARK HILL, PLLC**

5

6   /s/ Michael Cristalli                         6/22/2021
    By: _____           By: _____
7      MICHAEL CRISTALLI, ESQ.              Deputy Clerk
       Nevada Bar No. 6266                  Regional Justice Center
8      DOMINIC P. GENTILE, ESQ.            200 Lewis Avenue
       Nevada Bar No. 1923                 Las Vegas, NV 89101
9      IVY P. HENSEL, ESQ.                 Robyn Rodriguez
       Nevada Bar No. 13502
10     3800 Howard Hughes Parkway Suite 500
       Las Vegas, NV 89169
11     Telephone: (702) 862-8300
       Facsimile: (702) 862-8400
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal # **539793666**

Entity Served:  TRAVELSCAPE, LLC  (Domestic State: NEVADA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: TRAVELSCAPE, LLC

2.  **Document(s) Served:**   Other: -

3.  **Court of Jurisdiction/Case Number:** None Specified
    Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

    _X_ Personally served by:    _X_ Process Server    ___ Law Enforcement    ___ Deputy Sheriff    ___ U. S Marshall

    ___ Delivered Via:    ___ Certified Mail    ___ Regular Mail    ___ Facsimile

    ___ Other (Explain):

6.  **Date and Time of Receipt:**  06/24/2021 02:45:00 PM CST

7.  **Appearance/Answer Date:**  None Specified

8.  **Received From:**    None Specified

9.  **Carrier Airbill #** 1ZY041160195896824

10. **Call Made to:** Not required

11.   **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539793666**

Entity Served:   TRAVELSCAPE, LLC  (Domestic State: NEVADA)

775-888-4060 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

1

2

# DISTRICT COURT
# CLARK COUNTY, NEVADA

3   CLARK COUNTY, NEVADA                    Case No.: A-21-834681-B

4          Plaintiffs,                      Dept. No.: 24

5   vs.

6   ORBITZ WORLDWIDE, LLC; ORBITZ,          **SUMMONS - CIVIL**
    LLC; ORBITZ, INC.; TRAVELSCAPE,
7   LLC; TRAVELOCITY, INC.; CHEAP
    TICKETS, INC., EXPEDIA INC., EXPEDIA
8   GLOBAL, LLC; HOTELS.COM, LP;
    HOTWIRE INC.; BOOKING HOLDINGS
9   INC.;      PRICELINE.COM,      LLC;
    TRAVELWEB, LLC; TRAVELNOW.COM,
10  INC.; AGODA INTERNATIONAL USA
    LLC; HOTEL TONIGHT, INC.; HOTEL
11  TONIGHT, LLC; DOES I through XXX,
    inclusive and ROE BUSINESS ENTITIES I
12  through XXX, inclusive,

13         Defendants.

14

15      **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE
16  INFORMATION BELOW.**

17  **TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set
forth in the Complaint.
18                          **TRAVELSCAPE, LLC**

19      1.      If you intend to defend this lawsuit, within 21 days after this Summons is served on you
exclusive of the date of service, you must do the following:
20
            a.      File with the Clerk of this Court, whose address is shown below, a formal
21                  written response to the Complaint in accordance with the rules of the Court.
            b.      Serve a copy of your response upon the attorney whose name and address is
22                  shown below.

23      2.      Unless you respond, your default will be entered upon application of the plaintiff(s) and
this Court may enter a judgment against you for the relief demanded in the Complaint, which could
24  result in the taking of money or property or other relief requested in the Complaint

25  . . .

26  . . .

27  . . .

28

1

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

/s/ Michael Cristalli

By: _____
MICHAEL CRISTALLI, ESQ.
Nevada Bar No. 6266
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
IVY P. HENSEL, ESQ.
Nevada Bar No. 13502
3800 Howard Hughes Parkway Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: Robyn Rodriguez
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
Robyn Rodriguez

2

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539793676**

Entity Served:  EXPEDIA, INC.  (Domestic State: WASHINGTON)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: EXPEDIA, INC.

2.  **Document(s) Served:**   Other: -

3.  **Court of Jurisdiction/Case Number:** None Specified
Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

_X_ Personally served by:   _X_ Process Server   ___ Law Enforcement   ___ Deputy Sheriff   ___ U. S Marshall

___ Delivered Via:   ___ Certified Mail   ___ Regular Mail   ___ Facsimile

___ Other (Explain):

6.  **Date and Time of Receipt:**  06/24/2021 02:45:00 PM CST

7.  **Appearance/Answer Date:**  None Specified

8.  **Received From:**   None Specified   9.  **Carrier Airbill #** 1ZY041160195896824

10. **Call Made to:** Not required

11.    **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# *NATIONAL REGISTERED AGENTS, INC.*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  539793676

Entity Served:   EXPEDIA, INC.  (Domestic State: WASHINGTON)

775-888-4060 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

Electronically Issued
6/21/2021 2:09 PM

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
|     Plaintiffs, | Dept. No.: 24 |
| vs. | |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | **SUMMONS - CIVIL** |
|     Defendants. | |

**NOTICE! YOU HAVE BEEN SUED.   THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.   READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**EXPEDIA, INC.**

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

*/s/ Michael Cristalli*
By: _____

MICHAEL CRISTALLI, ESQ.
Nevada Bar No. 6266
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
IVY P. HENSEL, ESQ.
Nevada Bar No. 13502
3800 Howard Hughes Parkway Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

By: _____
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
Robyn Rodriguez

2

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539793511**

Entity Served:  EXPEDIA GLOBAL, LLC  (Domestic State: NEVADA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: EXPEDIA GLOBAL, LLC

2.  **Document(s) Served:**   Other: -

3.  **Court of Jurisdiction/Case Number:** None Specified
Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

    _X_ Personally served by:     _X_ Process Server     ___ Law Enforcement     ___ Deputy Sheriff     ___ U. S Marshall

    ___ Delivered Via:     ___ Certified Mail     ___ Regular Mail     ___ Facsimile

    ___ Other (Explain):

6.  **Date and Time of Receipt:**  06/24/2021 02:45:00 PM CST

7.  **Appearance/Answer Date:**  None Specified

8.  **Received From:**   None Specified          9.  **Carrier Airbill #** 1ZY041160195896824

10.  **Call Made to:** Not required

11.    **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
     Expedia Incorporated
     1111 EXPEDIA GROUP WAY W.
     SEATTLE, WA 98119

SOP Transmittal #  539793511

Entity Served:  EXPEDIA GLOBAL, LLC  (Domestic State: NEVADA)

775-888-4060 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
| Plaintiffs, | Dept. No.: 24 |
| vs. | **SUMMONS - CIVIL** |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**EXPEDIA GLOBAL, LLC**

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.   If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

/s/ Michael Cristalli

By: _____
    MICHAEL CRISTALLI, ESQ.
    Nevada Bar No. 6266
    DOMINIC P. GENTILE, ESQ.
    Nevada Bar No. 1923
    IVY P. HENSEL, ESQ.
    Nevada Bar No. 13502
    3800 Howard Hughes Parkway Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 862-8300
    Facsimile: (702) 862-8400

STEVEN D. GRIERSON
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: _____
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
Robyn Rodriguez

2

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
     Expedia Incorporated
     1111 EXPEDIA GROUP WAY W.          SOP Transmittal #  **539794245**
     SEATTLE, WA 98119

Entity Served:  HOTELS.COM, L.P.  (Domestic State: TEXAS) (Served as ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO:
     HOTELS.COM, LP Name discrepancy noted.)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate
in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

**1.**    **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO:
               HOTELS.COM, LP

**2.**    **Document(s) Served:**   Other: -

**3.**    **Court of Jurisdiction/Case Number:** None Specified
                       Case # A21834681B

**4.**    **Amount Claimed, if any:**  N/A

**5.**    **Method of Service:**

   _X_ Personally served by:    _X_ Process Server    ___ Law Enforcement    ___ Deputy Sheriff    ___ U. S Marshall

   ___ Delivered Via:       ___ Certified Mail    ___ Regular Mail    ___ Facsimile

   ___ Other (Explain):

**6.**    **Date and Time of Receipt:**  06/24/2021 02:45:00 PM CST

**7.**    **Appearance/Answer Date:**  None Specified

**8.**    **Received From:**    None Specified       **9.**  **Carrier Airbill #** 1ZY041160195896824

                                              **10.**  **Call Made to:** Not required

**11.**    **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**      **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539794245**

Entity Served:  HOTELS.COM, L.P.  (Domestic State: TEXAS) (Served as ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: HOTELS.COM, LP Name discrepancy noted.)

775-888-4060 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

1

2

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

3

CLARK COUNTY, NEVADA

4

    Plaintiffs,

5

vs.

6

ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,

7

8

9

10

11

12

13

    Defendants.

Case No.: A-21-834681-B

Dept. No.: 24

**SUMMONS - CIVIL**

14

15

    **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

16

17

**TO THE DEFENDANT.**  A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

18

**HOTELS.COM, LP**

19

    1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

20

21

    a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

22

    b.    Serve a copy of your response upon the attorney whose name and address is shown below.

23

    2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

24

25

. . .

26

. . .

27

. . .

28

1

3.   If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

*/s/ Michael Cristalli*

By: _____
  MICHAEL CRISTALLI, ESQ.
  Nevada Bar No. 6266
  DOMINIC P. GENTILE, ESQ.
  Nevada Bar No. 1923
  IVY P. HENSEL, ESQ.
  Nevada Bar No. 13502
  3800 Howard Hughes Parkway Suite 500
  Las Vegas, NV 89169
  Telephone: (702) 862-8300
  Facsimile: (702) 862-8400

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

By: _____
  Deputy Clerk
  Regional Justice Center
  200 Lewis Avenue
  Las Vegas, NV 89101
  Robyn Rodriguez

2

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539795577**

Entity Served:  HOTWIRE, INC.  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NEVADA on this 24 day of June, 2021. The following is a summary of the document(s) received:

1.  **Title of Action:**  CLARK COUNTY, NEVADA, PLTF. vs. ORBITZ WORLDWIDE, LLC, ET AL., DFTS. // TO: HOTWIRE, INC.

2.  **Document(s) Served:**  SUMMONS & COMPLAINT

3.  **Court of Jurisdiction/Case Number:** None Specified
Case # A21834681B

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

    _X_ Personally served by:     _X_ Process Server     ___ Law Enforcement     ___ Deputy Sheriff     ___ U. S Marshall

    ___ Delivered Via:          ___ Certified Mail     ___ Regular Mail     ___ Facsimile

    ___ Other (Explain):

6.  **Date and Time of Receipt:**  06/24/2021 02:45:00 PM CST

7.  **Appearance/Answer Date:**  None Specified

8.  **Received From:**     None Specified          9.  **Carrier Airbill #** 1ZY041160193812239

                                                 10. **Call Made to:** Not required

11.     **Special Comments:**

SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification, Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification, Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification, Michelle Velasquez  mvelasquez@hotels.com

Email Notification, Sibel Abreu  sabreu@expedia.com

Email Notification, Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification, Charles Ha  chaha@expediagroup.com

Email Notification, Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-331-2303 - Telephone
ORIGINAL

# *NATIONAL REGISTERED AGENTS, INC.*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To:   Anna Gaskill
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **539795577**

Entity Served:   HOTWIRE, INC.  (Domestic State: DELAWARE)

775-888-4060 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CLARK COUNTY, NEVADA | Case No.: A-21-834681-B |
| Plaintiffs, | Dept. No.: 24 |
| vs. | **SUMMONS - CIVIL** |
| ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC;  DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

     **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.** A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

**HOTWIRE INC.**

     1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

         a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
         b.    Serve a copy of your response upon the attorney whose name and address is shown below.

     2.    Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**CLARK HILL, PLLC**

**STEVEN D. GRIERSON**
**CLERK OF THE DISTRICT COURT**

6/22/2021

*/s/ Michael Cristalli*

By: _____

MICHAEL CRISTALLI, ESQ.
Nevada Bar No. 6266
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
IVY P. HENSEL, ESQ.
Nevada Bar No. 13502
3800 Howard Hughes Parkway Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

By: _____

Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89101
Robyn Rodriguez



**null / ALL**
**Transmittal Number: 23405703**
**Date Processed: 06/28/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Yuwaphan Sioris<br>Agoda Services Co., Ltd.<br>999/9 Rama 1 Road<br>The Offices at Central World, 6th, 7th, 27 Floor<br>Patumwan, Bangkok, TH 10330<br>TH |
| **Electronic copy provided to:** | Paulette Fox<br>Country Support |

| | |
|---|---|
| **Entity:** | Agoda International USA LLC<br>Entity ID Number  3226428 |
| **Entity Served:** | Agoda International USA LLC |
| **Title of Action:** | Clark County, Nevada vs. Orbitz Worldwide, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-21-834681-B |
| **Jurisdiction Served:** | NV |
| **Date Served on CSC:** | 06/24/2021 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Michael Cristalli<br>702-862-8300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

CLARK COUNTY, NEVADA

   Plaintiffs,

vs.

ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC., EXPEDIA INC., EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,

   Defendants.

Case No.: A-21-834681-B

Dept. No.: 24

**SUMMONS - CIVIL**

  **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ THE INFORMATION BELOW.**

**TO THE DEFENDANT.**  A Civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

AGODA INTERNATIONAL USA, LLC

  1.  If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the date of service, you must do the following:

     a.  File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
     b.  Serve a copy of your response upon the attorney whose name and address is shown below.

  2.  Unless you respond, your default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint

. . .

. . .

. . .

1

1     3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly
so that your response may be filed on time.

2

3     Issued at the direction of:

                                                          **STEVEN D. GRIERSON**
4     **CLARK HILL, PLLC**                                **CLERK OF THE DISTRICT COURT**

5                                                                                        6/22/2021

6     /s/ Michael Cristalli
      By:                                                 By:
7        MICHAEL CRISTALLI, ESQ.                          Deputy Clerk
         Nevada Bar No. 6266                              Regional Justice Center
8        DOMINIC P. GENTILE, ESQ.                         200 Lewis Avenue
         Nevada Bar No. 1923                              Las Vegas, NV 89101
9        IVY P. HENSEL, ESQ.                              Robyn Rodriguez
         Nevada Bar No. 13502
10       3800 Howard Hughes Parkway Suite 500
         Las Vegas, NV 89169
11       Telephone: (702) 862-8300
         Facsimile: (702) 862-8400
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2