# <u>Group Exhibit C</u>

# Screenshots from NV SOS Website

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

TRAVELOCITY, INC.

**Entity Number:**

E0029172015-3

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Merged

**Formation Date:**

01/20/2015

**NV Business ID:**

NV20151037356

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2016

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NATIONAL REGISTERED AGENTS, INC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20181908806

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

701 S CARSON ST STE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

MATTHEW TAYLOR

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | DARA KHOSROWSHAHI | 333 - 108TH AVE NE, BELLEVUE, WA, 98004, USA | 02/10/2015 | Active |
| Secretary | ROBERT DZIELAK | 333 - 108TH AVE NE, BELLEVUE, WA, 98004, USA | 02/10/2015 | Active |
| Treasurer | STEVEN LOUDEN | 333 - 108TH AVE NE, BELLEVUE, WA, 98004, USA | 02/10/2015 | Active |
| Director | STEVEN LOUDEN | 333 - 108TH AVE NE, BELLEVUE, WA, 98004, USA | 02/10/2015 | Active |
| Director | FRANCES ERSKINE | 333 - 108TH AVE NE, BELLEVUE, WA, 98004, USA | 02/10/2015 | Active |



< Previous   ...   1   2   ...   Next >   **Page 1 of 2, records 1 to 5 of 7**    Go to Page

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 100 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**.1**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

TRAVELOCITY, INC.

**Entity Number:**

E0029172015-3

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Merged

**Formation Date:**

01/20/2015

**NV Business ID:**

NV20151037356

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2016

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 05/01/2015 | 05/01/2015 | 20150200350-08 | Merge Out | | Internal | 📷 |

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|-----------|----------------|---------------|---------------|----------------|--------|------|
| 02/10/2015 | 02/10/2015 | 20150062348-21 | Initial List | | External | 📷 |
| 01/23/2015 | 01/23/2015 | 20150030233-79 | Amendment | | Internal | 📷 |
| 01/20/2015 | 01/20/2015 | 20150023426-55 | Articles of Incorporation | | Internal | 📷 |

**Page 1 of 1, records 1 to 4 of 4**

Back　　　　Return to Search　　　　Return to Results

## MERGERS/CONVERSIONS

### ENTITY INFORMATION

**Entity Name:**

TRAVELOCITY, INC.

**Entity Number:**

E0029172015-3

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Merged

**Formation Date:**

01/20/2015

**NV Business ID:**

NV20151037356

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2016

MERGERS/CONVERSIONS

| Entity Name | Entity ID | Entity Status | Document Type | Date Added |
|---|---|---|---|---|
| TRAVELSCAPE, LLC | E0503382005-1 (/EntitySearch/BusinessInformation?businessId=1281814) | MERGE OUT | Merger | 05/01/2015 |

| Entity Name | Entity ID | Entity Status | Document Type | Date Added |
|---|---|---|---|---|
| TRAVELSCAPE, LLC | E0503382005-1 (/EntitySearch/BusinessInformation?businessId=1281814) | MERGE OUT | Merger | 05/01/2015 |
| TRAVELSCAPE, LLC | E0503382005-1 (/EntitySearch/BusinessInformation?businessId=1281814) | MERGE OUT | Merger | 05/01/2015 |
| TRAVELSCAPE, LLC | E0503382005-1 (/EntitySearch/BusinessInformation?businessId=1281814) | MERGE OUT | Merger | 05/01/2015 |

**Page 1 of 1, records 1 to 4 of 4**

Back          Return to Search          Return to Results