# Exhibit D

# Online Court Docket

# Details

 **clarkcountycourts.us**/Portal/Home/WorkspaceMode

## Case Information

A-21-834681-B | Clark County, Nevada, Plaintiff(s) vs. Orbitz Worldwide, LLC, Defendant(s)

Case Number
A-21-834681-B

Court
Department 16

Judicial Officer
Williams, Timothy C.

File Date
05/14/2021

Case Type
Other Business Court Matters

Case Status
Open

## Party

Plaintiff
Clark County, Nevada

## Active Attorneys

Attorney
Dzarnoski, Mark S.

Retained

---

Lead Attorney
Cristalli, Michael

Retained

---

Attorney
Gentile, Dominic P.

Retained

---

Defendant
Orbitz Worldwide, LLC

---

Defendant
Orbitz, LLC

---

Defendant
Orbitz, Inc.

---

Defendant
Travelscape, LLC

Defendant
Travelocity, Inc.

Defendant
Cheap Tickets, Inc.

Defendant
Expedia, Inc.

Defendant
Expedia Global, LLC

Defendant
Hotels.com, LP

Defendant
Hotwire, Inc.

Defendant
Booking Holdings, Inc.

Defendant
Priceline.com, LLC

Defendant
Travelweb, LLC

Defendant
Travelnow.com, Inc.

Defendant
Agoda International USA, LLC

Defendant
Hotel Tonight, Inc.

Defendant
Hotel Tonight, LLC

# Events and Hearings

05/14/2021 Initial Appearance Fee Disclosure

Comment
Initial Appearance Fee Disclosure

05/14/2021 Complaint

Comment
Complaint

05/18/2021 Clerk's Refund Request

05/19/2021 Request to Transfer to Business Court

Comment
Request for Business Court

05/20/2021 Clerk's Refund Request

05/20/2021 Notice of Department Reassignment

Comment
Notice of Department Reassignment

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Travelnow.com, Inc.

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Priceline.com, Inc.

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Hotwire, Inc.

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Expedia Global, LLC

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Cheap Tickets, Inc.

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons Travelscape, LLC

---

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Hotel Tonight, LLC

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Agoda International USA, LLC

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons Booking Holdings, Inc.

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Travelweb, LLC

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Hotels.com, LLP

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Expedia, Inc.

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Travelocity

06/21/2021 Subpoena Electronically Issued

Comment
Summons - Orbitz, LLC

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Orbitz, Inc.

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Orbitz Worldwide, LLC

06/21/2021 Summons Electronically Issued - Service Pending

Comment
Summons - Hotel Tonight, Inc.

## Financial

Clark County, Nevada

Total Financial Assessment

$2,790.00

Total Payments and Credits

$2,790.00

| 5/14/2021 | Efile Payment | Receipt # 2021-30322-CCCLK | Clark County, Nevada | ($1,530.00) |
| 5/18/2021 | Transaction Assessment | | | $1,530.00 |

| 5/19/2021 | Efile Payment | Receipt # 2021-31166-CCCLK | Clark County, Nevada | ($1,260.00) |
| 5/20/2021 | Transaction Assessment | | | $1,260.00 |