James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:  702.214.2101

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY, NEVADA,<br><br>    Plaintiff,<br><br>v.<br><br>ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC.; EXPEDIA, INC.; EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM LLC; TRAVELWEB LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-1328-JCM-VCF<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO COMPLAINT** |

Plaintiff Clark County, Nevada ("Plaintiff") and Defendants Orbitz Worldwide, LLC, Orbitz, LLC, Orbitz, Inc., Travelscape, LLC, Travelocity, Inc., Cheap Tickets, Inc., Expedia, Inc., Expedia Global, LLC, Hotels.com, LP, Hotwire Inc., Booking Holdings Inc., Priceline.com LLC, Travelweb LLC, TravelNow.com, Inc., Agoda International USA LLC, Hotel Tonight, Inc., and

1

Hotel Tonight, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 14, 2021, Plaintiff filed a civil action captioned *Clark County v. Orbitz Worldwide, LLC, et al.*, Case No. A-21-834681-C in the State of Nevada Eighth Judicial District.

2. Defendants removed this action to this Court on July 13, 2021.

3. The parties have met and conferred and agree that, assuming that this case is not remanded to the Eighth Judicial District Court in and for Clark County, Nevada, Defendants may have sixty (60) days from the date of removal to answer or otherwise respond to the Complaint. Therefore, Defendants' deadline to respond to the Complaint shall be September 13, 2021.

4. Plaintiff's agreement as set forth herein does not constitute a waiver of any argument relating to the appropriateness of the removal of this matter to this Court and is without prejudice to Plaintiff's right to move or seek from this Court an order for remand on any and all proper legal bases.

5. The parties represent that this stipulation is sought in good faith, and they respectfully suggest that good cause exists to enter the above-noted briefing schedule.

DATED this 2nd day of August, 2021.  DATED this 2nd day of August, 2021.

PISANELLI BICE PLLC  CLARK HILL PLLC

By: /s/ Jordan T. Smith  By: /s/ Mark S. Dzarnoski
    James J. Pisanelli, Esq., Bar No. 4027      Dominic P. Gentile, Esq., Bar No. 1923
    Todd L. Bice, Esq., Bar No. 4534      Michael V. Cristalli, Esq., Bar No. 6266
    Jordan T. Smith, Esq., Bar No. 12097      Mark S. Dzarnoski, Esq., Bar No. 3398
    400 South 7th Street, Suite 300      3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89101      Las Vegas, Nevada 89169
*Attorneys for Defendants*  *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 8-9-2021

2