A. WILLIAM MAUPIN, ESQ. (NSBN 1315)
awmaupin@clarkhill.com
DOMINIC P. GENTILE, ESQ. (NSBN 1923)
dgentile@clarkhill.com
MICHAEL CRISTALLI, ESQ. (NSBN 6266)
mcristalli@clarkhill.com
BERT WUESTER, ESQ (NSBN 5556)
bwuester@clarkhill.com
MARK S. DZARNOSKI, ESQ. (NSBN 3398)
mdzarnoski@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
ph.: (702) 862-8300; fax: (702) 862-8400
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY NEVADA,<br><br>  Plaintiffs,<br><br>vs.<br><br>ORBITZ WORLDWIDE, LLC., et al.<br><br>  Defendants. | Case No.:  2:21-cv-1328-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, Clark County Nevada, by and through counsel of record, of the law firm of Clark Hill, PLLC, and Defendants, Orbitz Worldwide, LLC, et al., by and through their counsel of record, of the law firm of Pisanelli Bice, PLLC, hereby respectfully submit this Stipulation to Extend Plaintiffs' Response to Orbitz Worldwide, LLC, et al.'s Motion to Dismiss [DKT 13] filed on September 13, 2021, currently due September 27, 2021, for an additional seven (7) days, up to and including October 4, 2021.

Plaintiff advises that, although Plaintiff's counsel is actively working on responding to Defendants' Motion to Dismiss, Plaintiff's counsel will be unable to complete the Response by Monday, September 27, 2021, due to scheduling conflicts and multiple deadlines. This request for an extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties agree, stipulate and respectfully request that Plaintiff's Response to Defendants' Motion to Dismiss be extended an additional seven (7) days up to and including October 4, 2021, and, unless otherwise stipulated or ordered, Defendants Reply to Plaintiff's Response be due on October 18, 2021.

| | |
|---|---|
| Dated this 24th day of September, 2021 | Dated this 24th day of September, 2021 |
| **CLARK HILL PLLC** | **PISANELLI BICE, PLLC** |
| /s/ *Mark S. Dzarnoski, Esq.* <br> A. William Maupin, Esq. (NSBN 1315) <br> Dominic P. Gentile, Esq. (NSBN 1923) <br> Michael Cristalli, Esq. (NSBN 6266) <br> Bert Wuester, Esq. (NSBN 5556) <br> Mark S. Dzarnoski, Esq. (NSBN 3398) <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Plaintiffs* | /s/ *Jordon T. Smith, Esq.* <br> James J. Pisanelli, Esq. (NSBN 4027) <br> Todd L. Bice, Esq. (NSBN 4534) <br> Jordon T. Smith, Esq. (NSBN 12097) <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

September 24, 2021
DATED

_____
UNITED STATES DISTRICT COURT JUDGE