**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CLARK COUNTY, NEVADA,<br><br>        Plaintiff,<br><br>v.<br><br>ORBITZ WORLDWIDE, LLC; ORBITZ, LLC; ORBITZ, INC.; TRAVELSCAPE, LLC; TRAVELOCITY, INC.; CHEAP TICKETS, INC.; EXPEDIA, INC.; EXPEDIA GLOBAL, LLC; HOTELS.COM, LP; HOTWIRE INC.; BOOKING HOLDINGS INC.; PRICELINE.COM, LLC; TRAVELWEB, LLC; TRAVELNOW.COM, INC.; AGODA INTERNATIONAL USA LLC; HOTEL TONIGHT, INC.; HOTEL TONIGHT, LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>        Defendant(s). | 2:21-cv-01328-JCM-VCF<br><br>**ORDER** |

Before the court is *Clark County, Nevada v. Orbitz Worldwide, LLC, et al.*, case number 2:21-cv-01328-JCM-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before April 26, 2022.

DATED this 12th day of April, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE