UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CLARK COUNTY NEVADA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ORBITZ WORLDWIDE, LLC., et al.,<br><br>　　　　Defendant(s). | 2:21-cv-01328-JCM-VCF<br>**ORDER** |

　　　Before the Court are the motion to compel Expedia, Inc. and Agoda International USA LLC to provide 30(b)(6) witnesses and to supplement interrogatory responses and plaintiff's unopposed motion to file under seal. ECF Nos. 72 & 73.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that an in-person hearing on the motion to compel Expedia, Inc. and Agoda International USA LLC to provide 30(b)(6) witnesses and to supplement interrogatory responses and plaintiff's unopposed motion to file under seal (ECF Nos. 72 & 73), is scheduled for 10:00 AM, February 1, 2023, in Courtroom 3D.

　　　DATED this 21st day of December 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE