**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CLARK COUNTY NEVADA,

    Plaintiff(s),

v.

ORBITZ WORLDWIDE, LLC., et al.,

    Defendant(s).

2:21-cv-01328-JCM-VCF

**ORDER**

Due to a conflict on the court's schedule,

IT IS HEREBY ORDERED that the in-person hearing on the motion to compel Expedia, Inc. and Agoda International USA LLC to provide 30(b)(6) witnesses and to supplement interrogatory responses and plaintiff's unopposed motion to file under seal (ECF Nos. 72 & 73), scheduled for 10:00 AM, February 1, 2023, is RESCHEDULED to 1:00 PM, February 7, 2023, in Courtroom 3D.

DATED this 9th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1