UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLARK COUNTY, NEVADA, | Case No. 2:21-CV-1328 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| ORBITZ WORLDWIDE, LLC, et al., | |
| Defendant(s). | |

Presently before the court are defendants Orbitz Worldwide, LLC, Orbitz, LLC, Orbitz, Inc., Travelscape, LLC, Expedia, Inc., Expedia Global, LLC, Hotels.com, LP, Hotwire Inc., Booking Holdings, Inc., Priceline.com LLC, Travelweb LLC, Agoda International USA LLC, Hotel Tonight, Inc., and Hotel Tonight, LLC ("defendants")'s motion to seal certain confidential and restricted information that is directly quoted in defendants' response to the pending motion to reconsider (the "response"). No party has timely responded in opposition.

The information sought to be sealed is considered non-public and confidential under this court's confidentiality order dated May 13, 2022. (ECF No. 36). The court finds good cause to seal the response. (*See* ECF No. 96).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to seal (ECF No. 97) be, and the same hereby is, GRANTED, and the response (ECF No. 96) shall remain sealed.

DATED May 30, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**